## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DAMITA LASSO**

**PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO.: 1:11-CV-380 HSO-RHW**

**COURT PROGRAMS, INC. and**                    **DEFENDANTS**
**SECURE ALERT, INC. and**
**JOHN DOES 1 through 10**

### AGREED ORDER OF DISMISSAL

This cause having come on for hearing upon Plaintiff's *ore tenus* Motion for Dismissal with prejudice, and the Court having considered the same, finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this cause is finally dismissed with prejudice, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 14th day of May, 2012.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE


APPROVED:

*s/Benjamin U. Bowden*
Attorney for Plaintiff

*s/Tere R. Steel*
Attorney for Defendants