IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAMITA LASSO                                                                                    PLAINTIFF

VERSUS                                          CIVIL ACTION NO.: 1:11-CV-380 HSO-RHW

COURT PROGRAMS, INC. and                                                          DEFENDANTS
SECURE ALERT, INC. and
JOHN DOES 1 through 10

## AGREED ORDER OF DISMISSAL

This cause having come on for hearing upon Plaintiff's *ore tenus* Motion for Dismissal with prejudice, and the Court having considered the same, finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this cause is finally dismissed with prejudice, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 14th day of May, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

APPROVED:

*s/Benjamin U. Bowden*
Attorney for Plaintiff

*s/Tere R. Steel*
Attorney for Defendants